Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, | ) Case No. CV 11-00173 DDP (PLAx) |
| | ) |
| Plaintiff, | ) **IN ADMIRALTY** |
| | ) |
| vs. | ) **JUDGMENT** |
| | ) |
| CALIFORNIA STATE EXPRESS, INC. dba C S EXPRESS | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to the Stipulation for Entry of Judgment filed herein:

    IT IS ADJUDGED that Maersk Line recover from California State Express, Inc. dba CS Express the sum of $20,605.26 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: January 13, 2012

                                                     _____
                                                    Hon. Dean D. Pregerson
                                                    United States District Judge